# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony P. Ketcham, | Civil No. 10-2122 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| IKON Office Solutions, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 17), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 23, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge